**Darel L. LOTTS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 102137**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: December 22, 2015

Timothy Forneris, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Dora A. Fichter, P.O. Box 899, Jefferson City, MO 65102, for respondent.

1. All rule references are to Mo. R. Crim. P.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## *ORDER*

PER CURIAM.

Darel L. Lotts (Movant) appeals from the motion court's judgment denying his Rule 29.15[1] motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2015).

2015, unless otherwise indicated.